UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-602014-CR-ROSENBAUM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY WENDELL ROTHSTEIN and
STACIE WEISMAN,

        Defendants.
_____/

## ORDER

    This matter is before the Court on an independent review of the record. Recently, Defendants Kimberly Rothstein and Stacie Weisman filed their latest motions seeking a continuance of the sentencing date in this case. Rothstein and Weisman explained that they sought a continuance to facilitate their cooperation in another case in which trial has been reset several times, most recently for the trial period beginning October 21, 2013.

    While the Court recognizes that Rothstein and Weisman do not control the scheduling of the other trial, this Court cannot wait indefinitely for the other trial to occur. This Court originally scheduled the sentencings in this case for April 19, 2013, and June 7, 2013, respectively, and subsequently granted three motions to continue the sentencings to allow Defendants to complete their cooperation before they were sentenced. The sentencings in this matter are now set for November 12, 2013. If the trial does not proceed on the October 21, 2013, trial calendar or if no date certain is set for the trial to begin shortly after the October 21, 2013, trial calendar, the Court will

not reschedule these sentencings again on the basis that Defendants have not completed their cooperation. At some point, this case must be brought to closure.

Although the Court has no opinion on what Defendants' sentences in this case will be, Probation's initial calculation of the Advisory Sentencing Guidelines range reflects a range that includes substantial jail time, even on the low end. Thus, while the Court does not preclude any type of sentence at this time, it does not appear now that sentencing Defendants before the other trial occurs will result in Defendants' spending time in prison that they otherwise would not. Of course, should Defendants be concerned about such an event, they may raise it at the sentencings, and if the Court agrees, it will consider recessing the sentencings until the other trial has been completed and concluding the sentencings at that time.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 26th day of September 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record